John **ZAREFAKIS**, Plaintiff–Appellant,

v.

Rick **MATUSKA**, Defendant–Appellee.

No. 05–17340.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006 *.

Filed Dec. 12, 2006.

John Zarefakis, Lodi, CA, pro se.

---

* The panel unanimously finds this case suitable

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

### MEMORANDUM **

John Zarefakis appeals pro se from the district court's judgment dismissing his action for lack of subject matter jurisdiction. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *United Dairymen of Arizona v. Veneman*, 279 F.3d 1160, 1163 (9th Cir.2002), and we affirm.

The district court properly dismissed this action, because Zarefakis' "commercial notice" asserts no valid basis for federal jurisdiction. *See* Fed.R.Civ.P. 12(h)(3); *Fiedler v. Clark*, 714 F.2d 77, 78–79 (9th Cir.1983) (per curiam) ("a federal court may dismiss sua sponte if jurisdiction is lacking").

Zarefakis' remaining contentions lack merit.

**AFFIRMED.**

for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.